Table 15 (page 1 of 2). Life expectancy at birth, at age 65, and at age 75, by sex, race, and Hispanic origin: United States, selected years 1900–2014

Updated data when available, Excel, PDF, and more data years: http://www.cdc.gov/nchs/hus/contents2015.htm#015.

[Data are based on death certificates]

| Specified age and year | All races | | | White | | | Black or African American[1] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| **At birth** | Life expectancy, in years | | | | | | | | |
| 1900[2,3] | 47.3 | 46.3 | 48.3 | 47.6 | 46.6 | 48.7 | 33.0 | 32.5 | 33.5 |
| 1950[3] | 68.2 | 65.6 | 71.1 | 69.1 | 66.5 | 72.2 | 60.8 | 59.1 | 62.9 |
| 1960[3] | 69.7 | 66.6 | 73.1 | 70.6 | 67.4 | 74.1 | 63.6 | 61.1 | 66.3 |
| 1970 | 70.8 | 67.1 | 74.7 | 71.7 | 68.0 | 75.6 | 64.1 | 60.0 | 68.3 |
| 1980 | 73.7 | 70.0 | 77.4 | 74.4 | 70.7 | 78.1 | 68.1 | 63.8 | 72.5 |
| 1990 | 75.4 | 71.8 | 78.8 | 76.1 | 72.7 | 79.4 | 69.1 | 64.5 | 73.6 |
| 1995 | 75.8 | 72.5 | 78.9 | 76.5 | 73.4 | 79.6 | 69.6 | 65.2 | 73.9 |
| 2000 | 76.8 | 74.1 | 79.3 | 77.3 | 74.7 | 79.9 | 71.8 | 68.2 | 75.1 |
| 2001 | 77.0 | 74.3 | 79.5 | 77.5 | 74.9 | 80.0 | 72.0 | 68.5 | 75.3 |
| 2002 | 77.0 | 74.4 | 79.6 | 77.5 | 74.9 | 80.1 | 72.2 | 68.7 | 75.4 |
| 2003 | 77.2 | 74.5 | 79.7 | 77.7 | 75.1 | 80.2 | 72.4 | 68.9 | 75.7 |
| 2004 | 77.6 | 75.0 | 80.1 | 78.1 | 75.5 | 80.5 | 72.9 | 69.4 | 76.1 |
| 2005 | 77.6 | 75.0 | 80.1 | 78.0 | 75.5 | 80.5 | 73.0 | 69.5 | 76.2 |
| 2006 | 77.8 | 75.2 | 80.3 | 78.3 | 75.8 | 80.7 | 73.4 | 69.9 | 76.7 |
| 2007 | 78.1 | 75.5 | 80.6 | 78.5 | 76.0 | 80.9 | 73.8 | 70.3 | 77.0 |
| 2008 | 78.2 | 75.6 | 80.6 | 78.5 | 76.1 | 80.9 | 74.3 | 70.9 | 77.3 |
| 2009 | 78.5 | 76.0 | 80.9 | 78.8 | 76.4 | 81.2 | 74.7 | 71.4 | 77.7 |
| 2010 | 78.7 | 76.2 | 81.0 | 78.9 | 76.5 | 81.3 | 75.1 | 71.8 | 78.0 |
| 2011 | 78.7 | 76.3 | 81.1 | 79.0 | 76.6 | 81.3 | 75.3 | 72.2 | 78.2 |
| 2012 | 78.8 | 76.4 | 81.2 | 79.1 | 76.7 | 81.4 | 75.5 | 72.3 | 78.4 |
| 2013 | 78.8 | 76.4 | 81.2 | 79.1 | 76.7 | 81.4 | 75.5 | 72.3 | 78.4 |
| 2014 | 78.8 | 76.4 | 81.2 | 79.0 | 76.7 | 81.4 | 75.6 | 72.5 | 78.4 |
| **At 65 years** | | | | | | | | | |
| 1950[3] | 13.9 | 12.8 | 15.0 | 14.1 | 12.8 | 15.1 | 13.9 | 12.9 | 14.9 |
| 1960[3] | 14.3 | 12.8 | 15.8 | 14.4 | 12.9 | 15.9 | 13.9 | 12.7 | 15.1 |
| 1970 | 15.2 | 13.1 | 17.0 | 15.2 | 13.1 | 17.1 | 14.2 | 12.5 | 15.7 |
| 1980 | 16.4 | 14.1 | 18.3 | 16.5 | 14.2 | 18.4 | 15.1 | 13.0 | 16.8 |
| 1990 | 17.2 | 15.1 | 18.9 | 17.3 | 15.2 | 19.1 | 15.4 | 13.2 | 17.2 |
| 1995 | 17.4 | 15.6 | 18.9 | 17.6 | 15.7 | 19.1 | 15.6 | 13.6 | 17.1 |
| 2000 | 17.6 | 16.0 | 19.0 | 17.7 | 16.1 | 19.1 | 16.1 | 14.1 | 17.5 |
| 2001 | 17.9 | 16.2 | 19.2 | 18.0 | 16.3 | 19.3 | 16.2 | 14.2 | 17.7 |
| 2002 | 17.9 | 16.3 | 19.2 | 18.0 | 16.4 | 19.3 | 16.3 | 14.4 | 17.8 |
| 2003 | 18.1 | 16.5 | 19.3 | 18.2 | 16.6 | 19.4 | 16.5 | 14.5 | 18.0 |
| 2004 | 18.4 | 16.9 | 19.6 | 18.5 | 17.0 | 19.7 | 16.8 | 14.9 | 18.3 |
| 2005 | 18.4 | 16.9 | 19.6 | 18.5 | 17.0 | 19.7 | 16.9 | 15.0 | 18.3 |
| 2006 | 18.7 | 17.2 | 19.9 | 18.7 | 17.3 | 19.9 | 17.2 | 15.2 | 18.6 |
| 2007 | 18.8 | 17.4 | 20.0 | 18.9 | 17.4 | 20.1 | 17.3 | 15.4 | 18.8 |
| 2008 | 18.8 | 17.4 | 20.0 | 18.9 | 17.5 | 20.0 | 17.5 | 15.5 | 18.9 |
| 2009 | 19.1 | 17.7 | 20.3 | 19.2 | 17.7 | 20.3 | 17.8 | 15.9 | 19.2 |
| 2010 | 19.1 | 17.7 | 20.3 | 19.2 | 17.8 | 20.3 | 17.8 | 15.9 | 19.3 |
| 2011 | 19.2 | 17.8 | 20.3 | 19.2 | 17.8 | 20.4 | 18.0 | 16.2 | 19.4 |
| 2012 | 19.3 | 17.9 | 20.5 | 19.3 | 18.0 | 20.4 | 18.1 | 16.2 | 19.5 |
| 2013 | 19.3 | 17.9 | 20.5 | 19.3 | 18.0 | 20.5 | 18.1 | 16.3 | 19.5 |
| 2014 | 19.3 | 18.0 | 20.5 | 19.3 | 18.0 | 20.5 | 18.2 | 16.3 | 19.6 |
| **At 75 years** | | | | | | | | | |
| 1980 | 10.4 | 8.8 | 11.5 | 10.4 | 8.8 | 11.5 | 9.7 | 8.3 | 10.7 |
| 1990 | 10.9 | 9.4 | 12.0 | 11.0 | 9.4 | 12.0 | 10.2 | 8.6 | 11.2 |
| 1995 | 11.0 | 9.7 | 11.9 | 11.1 | 9.7 | 12.0 | 10.2 | 8.8 | 11.1 |
| 2000 | 11.0 | 9.8 | 11.8 | 11.0 | 9.8 | 11.9 | 10.4 | 9.0 | 11.3 |
| 2001 | 11.2 | 9.9 | 12.0 | 11.2 | 10.0 | 12.1 | 10.5 | 9.0 | 11.5 |
| 2002 | 11.2 | 10.0 | 12.0 | 11.2 | 10.0 | 12.1 | 10.5 | 9.1 | 11.5 |
| 2003 | 11.3 | 10.1 | 12.1 | 11.3 | 10.2 | 12.1 | 10.7 | 8.7 | 11.6 |
| 2004 | 11.5 | 10.4 | 12.4 | 11.6 | 10.4 | 12.4 | 10.9 | 9.4 | 11.2 |
| 2005 | 11.5 | 10.4 | 12.3 | 11.5 | 10.4 | 12.3 | 10.9 | 9.4 | 11.2 |
| 2006 | 11.7 | 10.6 | 12.5 | 11.1 | 10.6 | 12.5 | 11.1 | 9.1 | 12.0 |
| 2007 | 11.9 | 10.7 | 12.6 | 11.9 | 10.8 | 12.6 | 11.2 | 9.8 | 12.1 |
| 2008 | 11.8 | 10.7 | 12.6 | 11.8 | 10.7 | 12.6 | 11.3 | 9.8 | 12.2 |
| 2009 | 12.1 | 11.0 | 12.9 | 12.1 | 10.4 | 12.9 | 11.6 | 10.2 | 12.5 |
| 2010 | 12.1 | 11.0 | 12.9 | 12.1 | 11.0 | 12.8 | 11.6 | 10.2 | 12.5 |
| 2011 | 12.1 | 11.1 | 12.9 | 12.1 | 11.0 | 12.8 | 11.7 | 10.4 | 12.5 |
| 2012 | 12.2 | 11.2 | 12.9 | 12.1 | 11.1 | 12.9 | 11.8 | 10.4 | 12.7 |
| 2013 | 12.2 | 11.2 | 12.9 | 12.1 | 11.1 | 12.9 | 11.8 | 10.4 | 12.7 |
| 2014 | 12.2 | 11.2 | 13.0 | 12.2 | 11.2 | 12.9 | 11.8 | 10.5 | 12.7 |

See footnotes at end of table.

*Handwritten annotation:* GOLDSTEIN BORN IN 1955 THUS LIFE EXPECTANCY IF HEALTHY WOULD BE 66.95 YRS. GOLDSTEIN NOW IS 61 YRS AGE