

**Miami Rescue Mission**
**Broward Outreach Centers**
*Serving the Homeless since 1922*

Rev. Ronald B. Brummitt
President

8/15/2016

To Whom It May Concern:

Re Stephen Goldstein. Client resided at Broward Outreach Center, 1700 Blount Road, Pompano Beach, FL, 33069; on 03/6/2013 to 05/31/2013.

The Broward Outreach Center is a short-term homeless outreach program with a strong educational component geared towards substance abuse education and recovery. The scope of our program emphasizes life skills training so that clients will be able to become independent, self-sufficient members of the community. Our program consists of life skills and computer classes, substance abuse treatment, GED classes, volunteer work and specialized job trade classes such as forklift, warehouse and culinary school,. Towards the end of the program we encourage Clients to obtain employment, save their income and obtain housing.

We are very thankful for your assistance.

Thank You

Sincerely,

Barbara Hobson, Case manager

Miami • 2159 NW 1st Court • Miami, FL 33127 • Tel: (305) 571-2273 • Fax: (305) 571-2244
Hollywood • 2056 Scott Street • Hollywood, FL 33022 • Tel: (954) 926-7417 • Fax: (954) 929-6543
Pompano • 1700 Blount Road • Pompano Beach, FL 33069 • Tel: (954) 979-6365 • Fax: (954) 935-3061

www.miamirescuemission.com • www.browardoutreachcenter.com