July 2016

## USA v. Steven Goldstein

### Case No. 15-cr-60317-BB

Dear Judge Beth Bloom,

My name is Lena Goldstein. I am a 25-year-old nursing student in my last semester of nursing school. I am writing this letter to provide a sincere perspective of my father, Steven Goldstein. The past few years have proven to be difficult for our family, but despite all challenges, my dad has been the glue to keep us together.

From an early age I was considered a "daddy's girl". As a parent, my dad was patient and always had a lesson to pass on. He spent countless hours helping me perfect homework assignments and pushed me to be my best. Beyond literally, I can honestly say I am who/where I am today in part due to my dad. He has always pushed me to succeed. He instilled the importance of using hard work and honesty as the foundation of anything worth doing. He taught by use of example. I knew I could look to him as a moral compass. My dad would have those hard talks with me to put things in perspective when I needed it the most.

My mother passed away in early 2012, designating my dad as my primary support system. While we have always been close, this event led me to rely on him emotionally more than ever. My parents divorced while I was fairly young, but despite their differences, they worked as a unit to ensure my sister and I was always were provided for. As hard as it was to lose my mom, having my dad's support made this transition bearable.

Looking forward, my dad's advancing age combined with his medical ailments makes me worry about the time I have left with him and want to maximize it as much as possible. I graduate in December and would love nothing more than to move back in with my Dad at that time to save money as I start my career in the nursing field.

I have witnessed my father overcome many obstacles and remain positive for his future. However, I am aware of his financial hardship coupled with his pending charges. It saddens me deeply to have to see my dad go through all of this. The time my dad has spent in prison, away from my sister and I was truly difficult. It was a trying time in our relationship to not have my dad to turn to during pivotal points in my life and I hope to never have to go through that again.

I hope this letter finds you well, Your Honor, and can only hope you take this into consideration when deciding the fate of not only my father's life, but everyone's life that he influences.

Sincerely,

Lena Goldstein